

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-18-00575-CV

BIG CITY CARS SALES, L.L.C. AND MUKESH MANSUKHANI, Appellants

V.

VEROS CREDIT, L.L.C., Appellee

Appeal from the County Court at Law No. 3 and Probate Court of Brazoria County. (Tr. Ct. No. CI57283).

This case is an appeal from the judgment signed by the trial court on June 1, 2018. After due consideration, the Court **grants** the appellants' motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the party incurring the same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 27, 2018.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Brown.